1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EVERBANK, SUCCESSOR BY
     MERGER TO EVERHOME
11   MORTGAGE COMPANY,

12            Plaintiff,                    No. 2:12-cv-00735 JAM KJN PS

13       v.

14   ROSAN WISSA, an individual, and
     DOES 1 through 10, inclusive,

15
              Defendants.            ORDER
16   _____/

17          On March 23, 2012, defendant removed this unlawful detainer action to federal

18   court and filed a motion to proceed in forma pauperis (Dkt. Nos. 1, 3).[1]  On April 2, 2012,

19   plaintiff filed a motion to remand this case to the Superior Court of California for the County of

20   Sacramento, setting that motion for a hearing to take place on May 10, 2012 (Dkt. No. 4).

21          Defendant has requested leave to proceed in forma pauperis pursuant to 28 U.S.C.

22   § 1915.  Defendant's application and declaration make the showing required by 28 U.S.C.

23   §§ 1915(a)(1) and 1915(2).  Accordingly, the undersigned grants the request to proceed in forma

24   pauperis.

25

26          [1] This action proceeds before this court pursuant to Eastern District of California Local Rule
     302(c)(21) and 28 U.S.C. § 636(b)(1).

1

1    For the foregoing reasons, IT IS HEREBY ORDERED that:

2        1.    Defendant's motion to proceed in forma pauperis (Dkt. No. 3) is granted.

3        2.    Plaintiff's motion to remand this case will be heard on May 10, 2012, as

4    noticed by plaintiff.

5        IT IS SO ORDERED.

6    DATED:  April 6, 2012

7

8    _____
     KENDALL J. NEWMAN
9    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26