IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EVERBANK, SUCCESSOR BY
MERGER TO EVERHOME
MORTGAGE COMPANY,

       Plaintiff,                    No. 2:12-cv-00735 JAM KJN PS

      v.

ROSAN WISSA, an individual, and
DOES 1 through 10, inclusive,

       Defendants.             <u>ORDER</u>
_____/

        On March 23, 2012, defendant removed this unlawful detainer action to federal court and filed a motion to proceed in forma pauperis (Dkt. Nos. 1, 3).[1] On April 2, 2012, plaintiff filed a motion to remand this case to the Superior Court of California for the County of Sacramento, setting that motion for a hearing to take place on May 10, 2012 (Dkt. No. 4).

        Defendant has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Defendant's application and declaration make the showing required by 28 U.S.C. §§ 1915(a)(1) and 1915(2). Accordingly, the undersigned grants the request to proceed in forma pauperis.

---

[1] This action proceeds before this court pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

1  For the foregoing reasons, IT IS HEREBY ORDERED that:

2  1. Defendant's motion to proceed in forma pauperis (Dkt. No. 3) is granted.

3  2. Plaintiff's motion to remand this case will be heard on May 10, 2012, as
4  noticed by plaintiff.

5  IT IS SO ORDERED.

6  DATED: April 6, 2012

7

8  _____
   KENDALL J. NEWMAN
9  UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2